LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

Attorneys for Woodcrest Homeowners Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., | CASE NO.: 2:15-cv-01024-GMN-GWF |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME FOR DEFENDANT WOODCREST HOMEOWNERS ASSOCIATION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |
| WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | (FIRST REQUEST) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that Defendant WOODCREST HOMEOWNERS ASSOCIATION shall have shall have through and including **July 30, 2015**, within which to file and serve a response to Plaintiff's Complaint.

This is the first extension from the original due date of June 24, 2015, and the parties' first request for an extension.

Page 1 of 3

Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that counsel for Woodcrest HOA requires more time to evaluate and to respond to Bank of America's Complaint. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in this area of law.

Dated this 1st day of July, 2015.

AKERMAN LLP

By: _____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ERIC S. POWERS, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
*Attorney for Plaintiff*
*Bank of America, N.A.*

Dated this 2d day of July, 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
*Attorney for Defendant*
*Woodcrest Homeowners Association*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 07/06/2015.

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
*Attorney for Defendant*
*Woodcrest Homeowners Association*