1   DARREN T. BRENNER, ESQ.
    Nevada Bar No. 8386
2   BRETT M. COOMBS, ESQ.
    Nevada Bar No. 12570
3   **AKERMAN LLP**
    1160 Town Center Drive, Suite 330
4   Las Vegas, NV 89144
    Telephone:  (702) 634-5000
5   Facsimile:  (702) 380-8572
    Email: darren.brenner@akerman.com
6           brett.coombs@akerman.com

7   *Attorneys for Plaintiff/Counter-Defendant*
    *Bank of America, N.A.*
8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  BANK OF AMERICA, N.A.,

                        Plaintiff,          Case No.: 2:15-cv-01024-GMN-GWF
13  vs.

14  WOODCREST HOMEOWNERS
    ASSOCIATION; 6541 PLEASANT PLAINS   **NOTICE OF DISASSOCIATION OF**
15  WY TRUST; DOE INDIVIDUALS I-X,        **COUNSEL**
    inclusive, and ROE CORPORATIONS I-X,
16  inclusive,

17                      Defendants.

18
    6541 PLEASANT PLAINS WY TRUST,
19
                        Counterclaimant,
20
    vs.
21
    BANK OF AMERICA, N.A.,
22
                        Counterdefendant.
23

24
        Plaintiff/Counter-Defendant Bank of America, N.A. (**BANA**), by and through its counsel of
25
    record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with
26
    the firm of Akerman LLP.  **BANA** requests that Ms. Wittig be removed from the Court's CM/ECF
27
    service list.
28

    {39372319;1}

                                1

Akerman LLP will continue to represent **BANA** and requests that Darren T. Brenner, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 7th day of September, 2016.

**AKERMAN LLP**

*/s/  Brett Coombs*
_____

Darren T. Brenner, Esq.
Nevada Bar No. 8386
Brett M. Coombs, Esq.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email: darren.brenner@akerman.com
         brett.coombs@akerman.com

*Attorneys for Plaintiff/Counter-Defendant*
*Bank of America, N.A.*

**COURT APPROVAL**

**IT IS SO ORDERED.**

Dated this ___8th___ day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39372319;1}

2

AKERMAN, LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 7th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof  with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

| | |
|---|---|
| Joseph P. Garin, Esq. <br> J. William Ebert, Esq. <br> **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada  89144 <br><br> *Attorneys for Woodcrest Homeowners Association* | Michael F. Bohn <br> **LAW OFFICES OF MICHAEL F. BOHN** <br> 376 E. Warm Springs Road, Suite 140 <br> Las Vegas, NV  89119 <br><br> *Attorney for Defendant/Counterclaimant* <br> *6541 Pleasant Plains WY Trust* |

*/s/ Carla Llarena*
An employee of AKERMAN LLP

{39372319;1}