1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: jared.sechrist@akerman.com

7 *Attorneys for Plaintiffs Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>v.<br>WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01024-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| 6541 PHEASANT PLAINS WY TRUST,<br><br>Counterclaimant,<br>v.<br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant | |

Plaintiffs Bank of America, N.A. (**BANA**) and defendants Woodcrest Homeowners Association (**HOA**), and 6541 Pleasant Plains Wy Trust jointly submit this stipulation to extend all parties' deadline to oppose summary judgment by two weeks to February 19, 2018.

The current deadline is February 5, 2019, 21 days after the summary judgment motions were filed on January 16. (*See* ECF Nos. 55, 56, 57.) The continuance is requested because the parties'

1

47698898;1

counsel are currently drafting briefs in numerous cases and need additional time to respond adequately to the arguments in the motions.

Dated the 31st day of January, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A.*

Dated the 31st day of January, 2019.

**LIPSON, NEILSON, COLE, SELTZER & GARIN, PC**

*/s/ Karen Kao*
J. WILLIAM EBERT, ESQ.
HYUNGSEON S. JEONG, ESQ.
JOSEPH P. GARIN, ESQ.
KAREN KAO, ESQ.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Woodcrest Homeowners Association*

Dated the 31st day of January, 2019.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
2260 Corporation Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for Defendant 6541 Pleasant Plains Wy Trust*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: 2/1/2019