1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  JARED M. SECHRIST, ESQ.
   Nevada Bar No. 10439
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: jared.sechrist@akerman.com

7  *Attorneys for Plaintiffs Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>v.<br>WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01024-APG-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO WITHDRAW ADMISSIONS [ECF NO. 60]** |
| 6541 PHEASANT PLAINS WY TRUST,<br><br>Counterclaimant,<br>v.<br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant | |

Plaintiff/counter-defendant Bank of America, N.A. (**BANA**), defendant Woodcrest Homeowners Association and defendant/counter-claimant 6541 Pleasant Plains Wy Trust (**Trust**) and defendant Woodcrest Homeowners Association stipulate and agree to accept as timely BANA's responses to Trust's requests for admissions served on February 19, 2019.

Additionally, Trust withdraws all assertions in its opposition to BANA's motion for summary judgment that BANA admitted the matters identified in the requests for admission by not timely

1

responding. Trust also withdraws any arguments or theories asserted in its opposition to BANA's motion for summary judgment relying upon the now-withdrawn admissions to the extent such admissions formed a necessary element of the argument or theory.

In exchange for this stipulation, BANA withdraws its motion to withdraw admissions (ECF No. 60).

Dated this 6th day of March, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN** |
|---|---|
| */s/ Jared M. Sechrist* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JARED M. SECHRIST, ESQ. <br> Nevada Bar No. 10439 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> NIKOLL NIKCI, ESQ <br> Nevada Bar No. 10699 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, Nevada 89074 <br><br> *Attorneys for 6541 Pleasant Plains Wy Trust* |
| **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** <br><br> */s/ J. William Ebert* <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> KAREN KAO, ESQ. <br> Nevada Bar No. 14386 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Woodcrest Homeowners Association* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 7, 2019.

48062709;1