DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Plaintiffs Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>v.<br>WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01024-APG-EJY<br><br>**STIPULATION TO EXTEND RENEWED DISPOSITIVE MOTION DEADLINE**<br><br>**(THIRD REQUEST)**<br><br><br>**ORDER** |
| 6541 PLEASANT PLAINS WY TRUST,<br><br>Counterclaimant,<br>v.<br>BANK OF AMERICA, N.A.,<br><br>Counterdefendant | |

Plaintiff/counter-defendant Bank of America, N.A. (**BANA**), defendant Woodcrest Homeowners Association and defendant/counter-claimant 6541 Pleasant Plains Wy Trust (**Trust**) stipulate and agree to extend the deadline to file renewed dispositive motions to February 20, 2020. This is the parties' third request for an extension. The dispositive deadline is currently set for January 21, 2020. *See* ECF No. 86.

1

51692279;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The Trust and BANA continue to engage in settlement negotiations that the parties believe will resolve this matter. The parties have made significant progress since the previous extension and request the additional time to allow the settlement negotiations to move forward without unnecessarily expending judicial resources.

This stipulation is made in good faith and not for the purpose of delay.

Dated this 21st day of January, 2020.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN** |
|---|---|
| */s/ Nicholas E. Belay*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | */s/ Adam R. Trippiedi*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br><br>*Attorneys for 6541 Pleasant Plains Wy Trust* |
| **LIPSON NEILSON P.C.**<br><br>*/s/ Amber M. Williams*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>AMBER M. WILLIAMS, ESQ.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Woodcrest Homeowners Association* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

01/21/2020
_____
DATED

51692279;1