# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff<br><br>v.<br><br>WOODCREST HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendants | Case No.: 2:15-cv-01024-APG-EJY<br><br>**Order for Stipulation of Dismissal or Status Report** |

On February 20, 2020, the parties advised the court that plaintiff Bank of America, N.A. had settled with defendants 6541 Pleasant Plains Wy Trust and Woodcrest Homeowners Association. ECF Nos. 98, 90. Several months have passed and the parties have not filed a stipulation of dismissal.

IT IS THEREFORE ORDERED that by June 19, 2020, the parties shall file either a stipulation of dismissal or a status report.

DATED this 1st day of June, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE