MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorneys for 6541 Pleasant Plains WY Trust

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO.: 2:15-CV-01024-APG-EJY |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | **ORDER** |
| _____ | |
| 6541 PLEASANT PLAINS WY TRUST, | |
| Counterclaimant, | |
| v. | |
| BANK OF AMERICA, N.A., | |
| Counterdefendant. | |

In accordance with the Court's order on filed June 1, 2020 (ECF No. 91), the parties submit this status report:

1. The parties have resolved or are in the processing of resolving the claims in this matter. The parties anticipate submission of a joint motion to dismiss this action in the next 14 days. Dismissal has been delayed for a number of reasons, including but not limited to the remote work environment transitions and office closures as a result of COVID-19 Coronavirus community health risks.

/ / /

2. The parties jointly request the court extend the deadline to file a joint motion to dismiss to July 3, 2020.

DATED this 2nd day of June, 2020.

| | |
|---|---|
| **LAW OFFICES OF**<br>**MICHAEL F. BOHN, ESQ., LTD.**<br><br>By:/ s / *Nikoll Nikci, Esq.*<br>   Michael F. Bohn, Esq.<br>   Nikoll Nikci, Esq.<br>   2260 Corporate Circle, Suite 480<br>   Henderson, Nevada 89074<br>   *Attorney for Defendant/Counterclaimant*<br>   *6541 Pleasant Plains Wy Trust* | **AKERMAN LLP**<br><br>By:/ s /   *Nicholas E. Belay, Esq.*<br>   Nicholas E. Belay, Esq.<br>   1635 Village Center Circle, Suite 200<br>   Las Vegas, Nevada 89134<br>   *Attorney for Bank of America, N.A.* |

**LIPSON NEILSON P.C.**

By:/s/   *Amber M. Williams, Esq.*
   J. William Ebert, Esq.
   Amber M. Williams, Esq.
   9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144
   *Attorneys for Woodcrest Homeowners*
   *Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 23, 2020.