ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: nick.belay@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>vs.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01024-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 96) |
| 6541 PLEASANT PLAINS WY TRUST,<br><br>Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A,<br><br>Counter-defendant. | |

Bank of America, N.A (BANA) and 6541 Pleasant Plains Wy Trust through undersigned counsel stipulate to dismiss with prejudice BANA and the Trust's respective claims against each other in this action.

. . .

. . .

53733803;1

Each party shall bear its own attorney's fees and costs.

DATED this 2nd day of July, 2020.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN** |
|---|---|
| */s/ Nicholas E. Belay* | */s/ Nikoll Nikci* |
| ARIEL E. STERN, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 1641 |
| NICHOLAS E. BELAY, ESQ. | ADAM R. TRIPPIEDI, ESQ |
| Nevada Bar No. 15175 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | NIKOLL NIKCI, ESQ. |
| Las Vegas, Nevada 89134 | Nevada Bar No. 10699 |
| | 2260 Corporate Circle, Suite 480 |
| *Attorneys for Bank of America, N.A* | Henderson, Nevada 89074 |
| | *Attorneys for 6541 Pleasant Plains Wy Trust* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 7/6/2020

2

53733803;1