ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  nick.belay@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>         Plaintiff,<br>vs.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; 6541 PLEASANT PLAINS WY TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>         Defendants. | Case No. 2:15-cv-01024-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br><br>(ECF No. 27) |
| 6541 PLEASANT PLAINS WY TRUST,<br><br>         Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A,<br><br>         Counter-defendant. | |

Bank of America, N.A (BANA) and Woodcrest Homeowners Association through undersigned counsel stipulate to dismiss BANA's claims against Woodcrest with prejudice.

. . .

. . .

. . .

53733792;1

Each party shall bear its own attorney's fees and costs.

DATED this 2nd day of July, 2020.

| **AKERMAN LLP** | **LIPSON NEILSON P.C.** |
|---|---|
| */s/ Nicholas E. Belay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/ Amber M. Williams* <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> AMBER M. WILLIAMS, ESQ. <br> Nevada Bar No. 12301 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 |
| *Attorneys for Bank of America, N.A* | *Attorneys for Woodcrest Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 7/6/2020

2

53733792;1